**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRETT COMBS, ) | |
|     Petitioner, ) | 2:11-cv-00528-PMP-LRL |
| vs. ) | **ORDER** |
| STATE OF NEVADA, *et al.*, ) | |
|     Respondents. ) | |

Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, but he has failed to simultaneously submit either a motion for leave to proceed *in forma pauperis* or payment of the $5.00 filing fee. Petitioner shall be sent a motion for leave to proceed *in forma pauperis* form, should he wish to apply for pauper status, and alternatively given an opportunity to pay the requisite filing fee.

**IT IS THEREFORE ORDERED** that the **Clerk shall** send to petitioner a new motion for leave to proceed *in forma pauperis* form and instructions therefor. Petitioner shall have **thirty (30) days** from the date of entry of this order within which to file a motion for leave to proceed *in forma pauperis*. Alternatively, petitioner shall have **thirty (30) days** from the date of entry of this order within which to have prison officials deduct from his prison account and send to the Clerk of Court the full $5.00 filing fee. Failure to do so may result in the dismissal of this action.

DATED: April 29, 2011.

_____
PHILIP M. PRO
United States District Judge