UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| BRET COMBS, | ) | 2:11-cv-00528-PMP-VCF |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
| Respondents. | ) | |

On or about August 7, 2013, the Court received the attached letter from Petitioner Bret Combs seeking this Court's assistance in connection with proceedings pending in state court. On August 15, 2012, this Court stayed Petitioner Combs' Habeas Petition to allow Petitioner Combs to exhaust his available state remedies (Doc. #31). Petitioner Combs' letter dated August 7, 2013, complains that nothing has been done about his case in state court. However, staff of this Court has checked the state court docket and verified that on August 2, 2013, Petitioner Combs' state court counsel filed a supplemental habeas corpus petition. The record further reveals that the state court held argument on the matter on October 28, 2013, and scheduled an evidentiary hearing for January 23, 2014. As a result, this Court finds no good cause to require further intervention pending resolution of Petitioner Combs' proceedings in the Nevada state court.

DATED: December 18, 2013.

_____
PHILIP M. PRO
United States District Judge

Dear Philip M Pro, Honorable Judge;                    8/7/13

    I have sent you a copy of my Motion to the State Courts. Nearly 2 years ago you Court ordered my case to be heard within 45 days since it was done. A supplemental petition has yet to be filed after more than 750 days of Continuences. I'm on my 4th attorney in the writ.

    I dont know who to turn to, what to do, please view Minutes to see what I've been subject to.

    Nobodys telling me whats going on

    I dont know if you can intervene or possibly force your hand, give an order

    But this has gone to far

                                  Please help Me
                                    Sincerely
                                    Greg Conlon

Brett Combs
High Desert State Prison
Po Box 650
Indian Springs, Nv, 89070

District Court

Clark County Nevada

Brett Combs

Petitioner

vs

Dwight Neven

Warden HDSP

Case # C261306

Dept # VI

Motion For Case Status Check/order showing Cause why supplemental Petition wasnt submitted

Comes now petitioner Brett Combs and asks this honorable court for a case Status Check/order showing Cause why supplemental Petition wasnt submitted on behalf of Mr Combs The Following points of Authority are contained herein

## Points Of Authority

Petitioners Case has received more than "750" Seven hundred and Fifty days of Continuences Since petitioners case was directly Court ordered by United States Judge Philip M Pro to be heard. Multiple Grounds were Found to believe Mr Combs may be False Imprisoned in violation of his constitutional rights. September 23rd 2011 briefing schedule was set Unlimited Continuences have been given.

Prior to September 23rd, 2011 Jamie J Resch pleaded with Honorable Judge Philip M Pro that Mr Combs had not exhausted his state Court remedies Stating he himself from Criminal Justice Bureau believed Mr Combs would be granted relief due to Counsels previous representation of other suspects in this case, and the fact he used to work with the people/District Attorney's office prosecuting me. He stated it would obliviate the need for Federal proceedings all together. Philip M Pro then Court Ordered the state Courts to respond to petition Stating Successive Motions to Dismiss will not be entertained

p 1 of 3

Giving the State 45 days to respond. They responed and found multiple grounds as stated above. Now 8/15/2012 Motion for Stay and Abeyance was granted by Federal Courts as they had previously stated My case had already passed a preliminary stage where they seen problems. Case # C261306 was already given a Federal # 2:11-CV-00528-PMP-VCF which the Federal Judge ordered Clerk of Court to Close until such time the court grants a motion to reopen the matter if this case made it that far

Now two years later still no supplemental petition has been provided to the Courts. Mr Combs has wrote his attorney and has received no response, called his attorney, theirs no money on account nor has their ever been

Continuences are continually given that Mr Combs isnt aware of til after the fact. Their have been three Attorneys dismissed or withdrawn from this case prior to Current Counsel. letters have been written by Federal Attorneys to clarify record as attorneys have Committed blatant perjury in the past to my Judge. Past attorneys have been threated by Judge to be sanctioned yet nothing has been done. The minutes and transcripts prove it has never been been Mr Combs actions that caused attorneys to be dismissed, withdrawn, subject to sanction but the attorneys actions or lack there of.

Now Mr Combs asks where does case C261306 stand? Mr Combs does not know whats been done, Mr Combs hasnt viewed any supplemental petition, and prior to viewing any petition on Mr Combs behalf Mr Combs must view petition as Mr Combs we court ordered by Honorable Judge Philip M Pro to insure everything is brought to the courts attention

If Mr Combs attorney wont notify petitioner of what is happening in petitioners case, petitioner must Contact the

courts.

## Conclusion

Brett Combs is the petitioner in this case # C261306 and its not right for petitioner to be continually kept in the dark. The supplemental petition is long past due. Something must be done. More than 750 days worth of continuances clearly shows my rights are being violated. The only time I seem to get a response out of an attorney in the state is to contact the judge.

Respectfully Submitted this 7th day of Aug 201

Sincerely Petitioner
Brett Combs

CC: Honorable Judge Philip M Pro, Cam Farenbac

Mailing Certificate

I certify a true and correct copy of the following:
Motion for Case Status Check / order showing Cause why
supplemental petition wasn't submitted
was placed in Legal Mail at HDSP 8/7/2013
and Mailed to the following Address

United States District Court, District of Nevada
Attention Philip M Pro
Lloyd D George US Court House
Las Vegas Blvd, So - Rm 1334
Las Vegas, NV, 89101

Clerk of Court Steven D Grierson
200 Lewis Avenue 3rd Floor
Las Vegas, NV, 89155-1160

Brett Comlon
Petitioner
PO Box 650
Indian Springs, NV, 89020



Brett Combs #60899
HDSP
PO Box 650
Indian Springs, NV, 89070

United States District Court
District Of Nevada
"Attention" Philip M Pro
Lloyd D George US Court House
Las Vegas Blvd, So RM 1334
Las Vegas, NV, 89101