# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRETT COMBS,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 2:11-cv-00528-GMN-VCF

**ORDER**

Respondents having filed a motion for enlargement of time (seventh request) (ECF No. 58), and good cause appearing;

IT IS THEREFORE ORDERED that respondent's motion for enlargement of time (seventh request) (ECF No. 58) is **GRANTED**.  Respondents will have though November 7, 2016, to file and serve an answer or other response to the amended petition (ECF No. 23).

DATED: October 25, 2016

_____
Gloria M. Navarro, Chief Judge
United States District Court