# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRETT COMBS,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 2:11-cv-00528-GMN-VCF

**ORDER**

Respondents having filed a motion for extension of time (second request) (ECF No. 76), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for extension of time (second request) (ECF No. 76) is **GRANTED**. Respondents will have though March 13, 2017, to file and serve a reply to petitioner's opposition to motion to dismiss (ECF No. 72).

DATED: February 6, 2017

_____
Gloria M. Navarro, Chief Judge
United States District Court