# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRETT COMBS,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 2:11-cv-00528-GMN-VCF

**ORDER**

    The court found that petitioner had not exhausted his state-court remedies for all of his grounds for relief. The court also directed petitioner to decide what to do with those unexhausted grounds. Finally, the court informed petitioner that if he did not file his decision within the allotted time, then the court would dismiss the action. ECF No. 87. Petitioner has not filed anything within the allotted time, and the court will dismiss the action.

    Reasonable jurists would not find the court's decision to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** for petitioner's failure to comply with the court's order of September 19, 2017 (ECF No. 87). The clerk of the court shall enter judgment accordingly and close this action.

///

///

///

///

IT IS FURTHER ORDERED that a certificate of appealability will not issue.

DATED: November 13, 2017

_____
Gloria M. Navarro, Chief Judge
United States District Court