# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRETT COMBS,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>    Respondents. | Case No. 2:11-cv-00528-GMN-VCF<br><br>**ORDER** |

Respondents having filed a motion for extension of time (first request) (ECF No. 96), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' a motion for extension of time (first request) (ECF No. 96) is **GRANTED**. Respondents will have through February 12, 2018, to file and serve a response to petitioner's motion for relief from judgment (ECF No. 94).

DATED: January 12, 2018

_____
Gloria M. Navarro, Chief Judge
United States District Court