# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRETT COMBS, | Case No. 2:11-cv-00528-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Respondents having filed a motion for extension of time (second request) (ECF No. 104), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (second request) (ECF No. 104) is **GRANTED**. Respondents will have through September 17, 2018, to file an answer to the remaining claims of the amended petition (ECF No. 23).

DATED: July 23, 2018

_____
GLORIA M. NAVARRO
Chief United States District Judge