# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRETT COMBS,

        Petitioner,

   v.

STATE OF NEVADA, et al.,

        Respondents.

Case No. 2:11-cv-00528-GMN-VCF

**ORDER**

Respondents having filed a motion for extension of time (third request) (ECF No. 106), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (third request) (ECF No. 106) is **GRANTED**. Respondents will have through November 16, 2018, to file an answer to the remaining claims of the amended petition (ECF No. 23).

DATED: September 18, 2018

_____
GLORIA M. NAVARRO
Chief United States District Judge