UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT COMBS, | Case No. 2:11-cv-00528-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Respondents have filed a motion for extension of time (fourth request) (ECF No. 108), and petitioner opposes the motion (ECF No. 109). The court grants the motion, but the court notes that respondents have had a long time to file a response to the remaining claims in the petition. Counsel for respondents should give this matter priority over other matters.

IT THEREFORE IS ORDERED that respondents' motion for extension of time (fourth request) (ECF No. 108) is **GRANTED**. Respondents will have through November 30, 2018, to file an answer to the remaining claims of the amended petition (ECF No. 23).

DATED: November 20, 2018

_____
GLORIA M. NAVARRO
Chief United States District Judge

1