UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRETT COMBS,<br><br>                           Petitioner,<br>    v.<br><br>STATE OF NEVADA, *et al.,*<br><br>                         Respondents. | Case No. 2:11-cv-00528-GMN-VCF<br><br>ORDER |

Respondents' unopposed motion for an extension of time (ECF No. 116) is GRANTED *nunc pro tunc*, and the time for respondents to file a response to petitioner's motions to conduct discovery and for an evidentiary hearing (ECF Nos. 113 and 114) is extended up to and including February 4, 2019.

DATED THIS February 2, 2019

                                                        _____
                                                      Gloria M. Navarro, Chief Judge
                                                      United States District Court