UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRETT COMBS,<br><br>                    Petitioner,<br><br>     v.<br><br>STATE OF NEVADA, *et al.,*<br><br>                    Respondents. | Case No. 2:11-cv-00528-GMN-VCF<br><br>ORDER |

Petitioner's stipulated request for an extension of time (ECF No. 121) is GRANTED, and the time for petitioner to file a reply in support of petitioner's motions to conduct discovery and for an evidentiary hearing (ECF Nos. 113 and 114) is extended up to and including February 19, 2019.

DATED THIS 19 day of February, 2019

_____
Gloria M. Navarro, Chief Judge
United States District Court

1